UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YADIRA GUZMAN, et al.,

        Plaintiffs,

-v.-

THREE AMIGOS SJL INC., et al.,

        Defendants.
-----------------------------------------------------------------X

ORDER

14 Civ. 10120 (GBD) (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19

### GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

Regarding Docket # 245, the proposed notice states that the formula for allocating payments to the plaintiffs "has been approved by the Court." The Court agrees that it must approve the formula. The letter of December 4, 2019, however, still does not disclose what the precise formula is.

The parties are directed to provide the formula in writing. The formula should be expressed in a manner such that it leaves no discretion to the person implementing it.

SO ORDERED.

Dated: December 4, 2019
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge