USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YADIRA GUZMAN, et al.,

         Plaintiffs,

  -v.-

THREE AMIGOS SJL INC., et al.,

         Defendants.
-----------------------------------------------------------------X

ORDER

14 Civ. 10120(GWG)
15 Civ. 823 (GBD)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    This case contains claims under the Fair Labor Standards Act. On December 6, 2019, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).

    In a filing dated November 12, 2019 (Docket ## 240, 241, 242), the parties submitted their proposed settlement agreement. Having reviewed the proposed settlement, and construing it as being supplemented by the filings made in Docket ## 243, 245 and 247, the Court finds that it is fair and reasonable pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). Thus, the settlement is approved.

    Accordingly, this action and the related action that was consolidated for all purposes with this case (15 Civ. 823) are each dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

    Any pending motions are moot. The Clerk is requested to close these cases.

    SO ORDERED.

Dated: December 9, 2019
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge